# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

EARL D. PHIFFER,

    Plaintiff,

v.

Warden, GREGORY GRAMS and
Sgt. PISCHKE, individually and in
their official capacities,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-286-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____7/8/09_____
Date